UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 11 B 02868
CHAPTER 13

DARRE JONES

JUDGE JACQUELINE P COX

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** COMERICA BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 58 | 5224 312GRAFTON/1443 | $8,359.75 | $8,359.75 | $8,359.75 |
| Total Amount Paid by Trustee | | | | | $8,359.75 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-02868-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 21st day of October, 2015.

Debtor:
DARRE JONES
312 GRAFTON
MATTESON, IL  60443

Attorney:
ERNESTO D BORGES JR
105 W MADISON 23RD FLR
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
AMERICAN HOME MORTGAGE SVC
% BRICE VANDER LINDEN & WERNIC
9441 LBJ FRWY # 350
DALLAS, TX  75243

Mortgage Creditor:
WELLS FARGO BANK
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL  60602

Creditor:
COMERICA BANK
1508 W MOCKINGBIRD LN
MC6510
DALLAS, TX  75235

Mortgage Creditor:
COMERICA BANK
% WELTMAN WEINBERG & REIS CO
180 N LASALLE ST # 2400
CHICAGO, IL  60601

Mortgage Creditor:
ONEWEST BANK FSB
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
US BANK NATIONAL ASSOC
% AMERICAS SERVICING CO
1 HOME CAMPUS MAC# X2302-04C
DES MOINES, IA  50328

Mortgage Creditor:
AMERICAS SERVICING CO
3476 STATEVIEW BLVD
MAC X7801-014
FORT MILL, SC  29715

Mortgage Creditor:
OCWEN LOAN SERVICING
% BURKE COSTANZA & CARBERRY
150 N MICHIGAN AVE #800
CHICAGO, IL  60601

ELECTRONIC SERVICE - United States Trustee

Date:  October 21, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603